

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00486-CV

**IN THE INTEREST OF J.C.H. AND J.D.H.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00331
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 21, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court